**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1252**

_____

CALVIN EARL BROWN,

              Plaintiff - Appellant,

        v.

SEARS HOLDING MANAGEMENT CORPORATION, d/b/a Kmart
Corporation #7080; THOMAS M. COLCLOUGH, Director US EEOC,
Raleigh Area Office; STEVE DOOLEY; RAJENONAKYMAR PATEL;
JAYESH PATEL,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville. James C. Dever, III,
Chief District Judge. (4:14-cv-00033-D)

_____

Submitted:  May 21, 2015                     Decided:  May 26, 2015

_____

Before MOTZ, KING, and WYNN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Calvin Earl Brown, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Earl Brown appeals the district court's order denying his motion to reconsider the court's earlier order denying him leave to proceed in forma pauperis. The denial of in forma pauperis status is immediately appealable. Roberts v. U.S. Dist. Ct., 339 U.S. 844, 845 (1950) (per curiam). We have reviewed the record and find no abuse of discretion by the district court in denying Brown's motion to reconsider under Fed. R. Civ. P. 60(b). MLC Auto., LLC v. Town of S. Pines, 532 F.3d 269, 277 (4th Cir. 2008) (providing review standard). Accordingly, we deny leave to proceed in forma pauperis and dismiss.

DISMISSED